UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:11-CV-348-ORL-18DAB

INTERNET TECHNOLOGY
BROADCASTING CORPORATION,
IT BROADCASTING VSAT, INC., and
IT BROADCASTING DEVELOPMENT,
INC.,

    Plaintiffs,

v.

CLARKSTON-POTOMAC GROUP, INC.,

    Defendant.

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Plaintiffs' Counsel: Matthew S. Nelles, Esq.
                           Broad and Cassel
    Internet Technology Broadcasting Corporation
    IT Broadcasting VSAT, Inc.
    IT Broadcasting Vedia, LLC
    IT Broadcasting Holding Corporation
    IT Broadcasting Digital Media, Inc.
    IT Broadcasting Development, Inc.
    Ann-Margaret Howard, President

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None other than in 1.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None other than in 1.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including ever person who may be entitled to restitution:

    Internet Technology Broadcasting Corporation, IT Broadcasting VSAT, Inc., and IT Broadcasting Development, Inc. claim damages from Defendant.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated this 21st day of April 2011.

    Respectfully submitted,

    **BROAD AND CASSEL**
    *Attorneys for Plaintiff*
    One Financial Plaza, Suite 2700
    100 S.E. 3rd Avenue
    Ft. Lauderdale, FL 33394
    (954) 764-7060
    (954) 761-8135 (fax)

    By:  s/Matthew S. Nelles
        Matthew S. Nelles
        Florida Bar No. 09245