UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

INTERNET TECHNOLOGY BROADCASTING
CORPORATION, IT BROADCASTING VSAT,
INC., AND IT BROADCASTING DEVELOPMENT,
INC.,

    Plaintiffs,

vs.                                           Case No.: 6:11-cv-348-ORL-35DAB

CLARKSTON-POTOMAC GROUP, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A), each party bearing its own fees and costs. The parties further advise and confirm that they have obtained relief from the automatic stay from the United States Bankruptcy Court for the Middle District of Florida allowing the filing of this stipulated dismissal. *See* Case No. 6:14-bk-2184 [Doc. 53], and Case No. 6:14-bk-2188 [Doc. 71].

DATED: July 18, 2014

| Counsel for Plaintiffs: | Counsel for Defendant: |
|---|---|
| */s/ Matthew S. Nelles* | *s/ Megan Costa DeVault* |
| Matthew S. Nelles | Megan Costa DeVault |
| Fla. Bar. No.: 009245 | Florida Bar Number: 0560731 |
| BROAD AND CASSEL | AKERMAN LLP |
| One Financial Plaza, Suite 2700 | 420 South Orange Avenue, Suite 1200 |
| 100 S.E. 3rd Avenue | Orlando, FL 32801 |
| Ft. Lauderdale, FL 33394 | Phone: (407) 423-4000 |
| (954) 764-7060 | Fax: (407) 843-6610 |

{29225884;1}

| | |
|---|---|
| (950) 761-8135 (fax)<br>mnelles@broadandcassel.com | megan.devault@akerman.com<br><br>and<br><br>Mark P. Henriques, (*pro hac vice*)<br>N.C. State Bar No. 18701<br>WOMBLE CARLYLE SANDRIDGE & RICE<br>One Wells Fargo Center, Suite 3500<br>301 South College Street<br>Charlotte, NC  28202-6037<br>Telephone:  (704) 331-4912<br>Fax:  (704) 338-7830<br>mhenriques@wcsr.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 21, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/ s/ Matthew S. Nelles*
Matthew S. Nelles
Fla. Bar. No.: 009245